ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                  :

UNITED STATES OF AMERICA    :

                                  :  **ORDER**

           -v.-            :

                                  :

ROBERT LENARD BOOTH,      :  21 MAG 8388
   a/k/a "Trevor Nicholas,"  :

                                  :

              Defendant.    :

-----------------------------------X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew Jones;

        It is found that the Complaint and docket in the above-captioned action, 21 MAG 8388, are currently sealed and the United States Attorney's Office has applied to have that Complaint and docket unsealed, and it is therefore

        ORDERED that the Complaint and docket in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
       October 25, 2021

                                _____
                  HONORABLE BARBARA C. MOSES
                  UNITED STATES MAGISTRATE JUDGE