UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------
| UNITED STATES OF AMERICA
|
|      -v-                                21-cr-652 (JSR)
|
| ROBERT LENARD BOOTH,                    ORDER
|
|            Defendant.
|
------------------------------
```

JED S. RAKOFF, U.S.D.J.:

        In order to supplement the record, the Clerk is directed to docket

the attached document, a transcript of an interview of the Defendant,

Robert Lenard Booth, conducted on August 26, 2021 at J.F.K.

International Airport in Queens, N.Y.

        SO ORDERED.

New York, NY
January 31, 2022

                                        _____
                                        JED S. RAKOFF, U.S.D.J.

1

*UNITED STATES OF AMERICA*
*v.*
*Robert Lenard Booth*

Interview of Robert Lenard Booth

August 26, 2021

JFK Airport

Queens, NY

V/O = Voices Overlap

U/I = Unintelligible

Speakers:

Robert Lenard Booth

("RB")

Special Agent Justin Deutsch

(JD")

Special Agent Ben Castro

("BC")

Pauline, Robert Booth's sister

("P")

```
 1
 2                          [Background Noise]
 3   JD:    Hey. How are you doing Sir? You can grab a seat
 4          right here.
 5   RB:    Yea.
 6   JD:    Thank you. How are you doing?
 7   RB:    Good good.
 8   JD:    My name is Agent Deutsch, I'm an agent with
 9          Homeland Security.
10   RB:    Homeland Security?
11   JD:    Yea. So, we just have to ask you some questions
12          regarding your entry into the United States. Mr.
13          Booth?
14   RB:    Yea.
15   JD:    Ok. Alright, um, where are you traveling from?
16   RB:    Uhh I went to uh from Dubai I'm coming from.
17   JD:    Ok, is that your where you originated from or did
18          you have a connecting flight or what?
19   RB:    A connecting flight.
20   JD:    Connecting flight from where?
21   RB:    From Dubai to here, to uh New York.
22   JD:    Ok, what so there's no connecting flight?
23   RB:    Thailand, I was in Thailand.
24
25
```

```
 1   JD:        Thailand, ok. Gotcha. Alright where is your
 2              permanent residence? Is that in Dubai or in
 3              Thailand?
 4   RB:        No, uh permanently I'm an American citizen, I
 5              live here.
 6   JD:        Oh, you live here?
 7   RB:        Yes, yes Sir.
 8   JD:        Oh, ok so you were in Thailand for how long then?
 9   RB:        About six months, six to nine months about that.
10   JD:        Six to nine months?
11   RB:        Uh huh. Because the covid V/O.
12   JD:        You don't know if it was six months or nine
13              months?
14   RB:        No, uh uh in September last year covid hit and
15              and and it block us from coming out. So, I
16              couldn't come out.
17   JD:        Wait, wait they block you from leaving Thailand?
18   RB:        Yea, it was right before January, I think it was
19              January and and they.
20   JD:        But  you're a U.S. citizen right with a passport.
21              You can come back into the United States.
22   RB:        Yea I know I could but I was staying with
23              somebody over there, so I just stayed.
24   JD:        Okay, you stayed because you wanted to, or
25              because you couldn't get back in?
```

3

```
 1  RB:      Yeah, at the same time the COVID was bad here

 2           too, so they didn't, they didn't know what to do

 3           at the time in, but yet if you remember, if you

 4           recall back in January they border stopping and

 5           all that.

 6  JD:      Okay let's start over. You're not making any

 7           sense. Let's start over. Where do you live?

 8  RB:      I live here.

 9  JD:      Where's here? Give me an address.

10  RB:      Bragg Street.

11  JD:      Brad Street?

12  RB:      Bragg, Bragg. B-R-A-G-G

13  JD:      What's your full address?

14  RB:      Uh two uh two four Bragg Street.

15  JD:      You don't know your address?

16  RB:      I am going to tell you.

17  JD:      I know, but you don't have your address

18           memorized?

19  RB:      I live on Bragg Street too you know I'm just

20           telling you I, I live in… okay with my glasses. I

21           live at 237 East 87th Street.

22  JD:      Here put, do me a favor, put all those cards on

23           the table.

24  RB:      Bragg Street. I live at Bragg Street.

25
```

| 1  | JD: | I am going to look at it. Do me a favor, put all |
| 2  |     | those cards on the table. |
| 3  | RB: | Yeah. |
| 4  | JD: | So, is this your address that's on your driver's |
| 5  |     | license? |
| 6  | RB: | Yeah. |
| 7  | JD: | Okay. 2417. |
| 8  | RB: | Bragg. |
| 9  | JD: | Bragg Street. |
| 10 | RB: | Brooklyn. |
| 11 | JD: | Apartment number two, Brooklyn. So that's where |
| 12 |     | you, that's your permanent residence where you |
| 13 |     | live? |
| 14 | RB: | Yeah. I live there. |
| 15 | JD: | Okay, how long have you lived there for? |
| 16 | RB: | But I lived, I live at 287 77th Street also. |
| 17 | JD: | How, how do you have two permanent residences, |
| 18 |     | I'm confused? |
| 19 | RB: | Because my family house, my mother, she passed |
| 20 |     | away. |
| 21 | JD: | Okay, so you have another house. |
| 22 | RB: | Yeah, so I stay there. |
| 23 | JD: | What's the address on that house? |
| 24 | RB: | 234 East 87th Street. |
| 25 | JD: | What, a little slower please. |

```
 1   RB:      234 East 87th Street, Brooklyn, New York

 2   JD:      East 87th Street.

 3   RB:      Yeah. Let me ask you a question. What is your

 4            name?

 5   JD:      Here you go, I'll show you my identification.

 6   RB:      Yeah.

 7   JD:      I already told you my name, but I'd be glad to

 8            show you my ID.

 9   RB:      Can I have your card?

10   JD:      Sure.

11   RB:      Can I have your card?

12   JD:      Yes, when we're done I'll give you my card.

13   RB:      Okay. I mean I'm just curious to know that why

14            I'm coming here and you just stopped me like

15            that.

16   JD:      I believe I heard them explain it to you where

17            you were out there already. You were selected for

18            secondary inspection, so anybody who's entering

19            or exiting the United States is subject to a

20            border inspection.

21   RB:      So like what do you look for when you, when you

22            do that?

23   JD:      Uh, sometimes it's random. First of all, I'm not

24            required to explain that to you, but I will.

25
```

6

```
 1                Sometimes it's random, sometimes it's based on
 2                the country you're coming from or other factors.
 3   RB:   Okay, so it's based on the country I'm coming
 4                from. So, what would you like to know about?
 5   JD:   Sure. Well, I was already a little confused about
 6   RB:   Okay.
 7   JD:   Okay, so you live in the United States?
 8   RB:   Yeah. Yes.
 9   JD:   Okay, so what do you go to Thailand for?
10   RB:   I'm retired.
11   JD:   Okay, so was it, we've used the terms "business"
12                or "pleasure" to refer.
13   RB:   Retired. You know I went there after retirement
14                and I just stayed there.
15   JD:   Okay. So are you working there or you just there
16                for.
17   RB:   Not working.
18   JD:   Not working there, okay.
19   RB:   I'm retired.
20   JD:   What are you retired from?
21   RB:   I worked at Depositary Trust.
22   JD:   Depositary trust? What's that?
23   RB:   Yes.
24   JD:   I don't, I don't know what that is. You're going
25                to have to explain.
```

```
 1  RB:      Okay, it's a bank.

 2  JD:      You work at a bank? Or you're retired from the

 3           bank or you're still working?

 4  RB:      I'm retired. I'm getting a pension right now.

 5  JD:      Okay. So you went to Thailand just for vacation?

 6  RB:      Just for vacation, yes.

 7  JD:      Okay. What bank did you work for that you're

 8           retired from?

 9  RB:      This is what I'm saying, with all due respect,

10           I'm coming here, I'm coming in and you ask me

11           certain things that.

12  JD:      I'm asking you questions that are normal course

13           of.

14  RB:      Do you understand what I'm saying?

15  JD:      Things about that are very basic about where do

16           you live and where do you work. Those are very

17           basic questions.

18  RB:      I am not working, I'm retired. So where we going

19           past like.

20  JD:      Okay, you mentioned you're retired from a bank,

21           I'm curious what bank you're retired from.

22  RB:      You know.

23  JD:      Are you telling me you don't want to answer?

24  RB:      Yeah I'm getting a pension.

25
```

1   JD:     Okay, so you don't want to answer where you

2           retired from? Because when you say things like

3           that, that makes me more suspicious.

4   RB:     No, but what I'm saying is that is if you stopped

5           me randomly, to check something, I am just, I am

6           just a retired person.

7   JD:     Now, now I'm getting.

8   RB:     I am.

9   JD:     Yes, but you can't answer basic questions about

10          where you live and what you do for work.

11  RB:     I told you where I live.

12  JD:     Okay, well then answer me. I will ask you some

13          more questions then. When did you retire? When

14          was the last time you worked?

15  RB:     Okay, I worked maybe seventeen years ago.

16  JD:     Oh, so you didn't, you retired a long time ago?

17  RB:     Yeah.

18  JD:     Okay, so do you have, like, some people throw

19          that word 'retired' around, that means, like,

20          you've done no business during that time?

21  RB:     No.

22  JD:     Do you own any companies that you?

23  RB:     No.

24  JD:     Okay. So you don't own any companies, you don't.

25  RB:     No.

9

```
 1   JD:      Conducting any business?

 2   RB:      No.

 3   JD:      One question we sometimes ask about people

 4            entering or exiting the country…

 5   RB:      No.

 6   JD:      Are they conducting, you know, business…

 7   RB:      I don't have a business

 8   JD:      With other countries?

 9   RB:      I don't have any kind of set up with no other

10            business.

11   JD:      Okay, so your form of income is your retirement

12            pension?

13   RB:      Yes sir.

14   JD:      End of story. Okay. Are you returning home to

15            stay in the United States or are you?

16   RB:      Yeah, I'm coming back and then maybe go back over

17            there because I met somebody that I want to spend

18            some time with, so I'm thinking of going back.

19   JD:      Okay, so how long are you planning on staying in

20            the U.S.?

21   RB:      I don't know.

22   JD:      Okay, well do you have a return flight booked?

23   RB:      Yes, I do.

24   JD:      So you do know how long you're going to be here.

25   RB:      Yeah, open ticket.
```

```
 1   JD:      Okay, you have a return flight scheduled on a

 2            certain date?

 3   RB:      Open, no, open ticket.

 4   JD:      Okay, which is when?

 5   RB:      I can just call and just book the date.

 6   JD:      Okay, so you don't have a certain date scheduled

 7            V/O.

 8   RB:      Right.

 9   JD:      To return? Please leave those on the counter.

10            Where are you going to be staying while you're in

11            the U.S.?

12   RB:      Bragg Street.

13   JD:      Okay. Did you travel with anybody else today?

14   RB:      No.

15   JD:      Okay. You already answered this question about

16            working. You don't work at all? You're retired.

17            You don't, you're not involved with any

18            businesses that are transacting with the U.S. you

19            said.

20            V/O

21   RB:      No.

22   JD:      That is correct, right? Ok. Alright is there any

23            other types of employment or income that we

24            didn't discuss?

25   RB:      No sir.
```

11

```
 1  JD:      That you're involved with?

 2  RB:      No sir.

 3  JD:      Ok. And you already said you manage any companies

 4           foreign or domestic currently?

 5  RB:      I don't have no companies.

 6  JD:      Ok. Ok. That concludes my border inspection

 7           questions. Now we need to talk about something

 8           else. So I am a special agent with Homeland

 9           Security, part of the things we investigate is --

10           I'm not always here at the airport -- I'm a

11           financial investigations group, where we

12           investigate different crimes including money

13           laundering and things of that nature.

14  RB:      Right.

15  JD:      Ok, so uh what I'm about to show you is an arrest

16           warrant, this is a federal arrest warrant for

17           you. You've been charged with money laundering,

18           wire fraud, and securities fraud.

19  RB:      With who?

20  JD:      Um, from the United States Department of Justice

21           Southern District of New York, so that means it's

22           a federal charge.

23  RB:      Ok.

24  JD:      So you're gonna be placed under arrest today. So

25           this here is Special Agent.
```

```
 1   BC:        Special Agent Ben Castro. I'm IRS-Criminal

 2              Investigation. This is my creds, this is my

 3              badge. Uh, were working together.

 4   RB:        Ok.

 5   JD:        And so, we're, we're here today, we could have

 6              had just anybody arrest you, but we're here today

 7              because we want to talk to you and we want to

 8              give you a chance to explain some stuff that

 9              we've seen.

10   RB:        Ok.

11   JD:        Um, just like in the movies when you see you, we

12              have to read you your rights so you understand

13              what you're entitled to. So I'm going to do that

14              to you now ok?

15   RB:        Ok.

16   JD:        Before we ask you any questions or make any

17              statement you must understand your rights. You

18              have the right to remain silent, anything you say

19              or do can and will be used against you in a court

20              of law. You have the right to talk to a lawyer

21              for advice before making any statement or

22              answering any questions. You have the right to

23              have a lawyer present with you during

24              questioning. If you cannot afford to hire a

25              lawyer, one will be appointed to represent you
```

13

| | | |
|---|---|---|
| 1 | | before any questioning if you wish. If you decide |
| 2 | | to answer questions now without a lawyer present |
| 3 | | you have the right to stop answering questions at |
| 4 | | any time. Um, so if you'd like to discuss this |
| 5 | | investigation, then you need to agree that you |
| 6 | | understand what we just read to you. Do you |
| 7 | | understand? |
| 8 | RB: | But why would you arrest me I don't have no money |
| 9 | | laundering going on. |
| 10 | JD: | Ok, I'm going to explain it all to you. Just If |
| 11 | | you agree that you understood what I just read |
| 12 | | you. |
| 13 | RB: | Yes. |
| 14 | JD: | Then you need to sign your name here and I'll |
| 15 | | explain to you V/O. |
| 16 | RB: | Will I get a copy of this? |
| 17 | JD: | Yes. I can get you a copy of that. Let me show |
| 18 | | you where to sign. V/O Here put your glasses on. |
| 19 | | Right there. I'll get you a copy too, take your |
| 20 | | time, feel free to read it. |
| 21 | | **[Pages Turning]** |
| 22 | RB: | You arrested me, you're arresting me for money |
| 23 | | laundering, what kinda money you talking, is |
| 24 | | money laundering you arresting me for? Uh. |
| 25 | | |

| | | |
|---|---|---|
| 1 | JD: | Yea, the charges on the arrest warrant, and like |
| 2 | | I said before, we can get into more details on |
| 3 | | that, but before we talk to you we have to make |
| 4 | | sure you understand your rights which is V/O. |
| 5 | RB: | Would you like to arrest me for something for |
| 6 | | money laundering and and I don't have a business |
| 7 | | I'm not moving any kind of money. |
| 8 | JD: | This this is what we'll talk to you about, but |
| 9 | | like I said we, this this is your rights. |
| 10 | RB: | Ok. I understand my rights, but would I be |
| 11 | | signing something by that I don't understand |
| 12 | | without a lawyer here? |
| 13 | JD: | No no, that's just saying that you understand |
| 14 | | what I read to you, if at any point during our |
| 15 | | conversation you don't want to answer something, |
| 16 | | you don't have to. At any point if you want to |
| 17 | | stop talking, you can. |
| 18 | RB: | And I don't know if V/O |
| 19 | JD: | And if you don't want to sign that you don't have |
| 20 | | to sign it, you can verbally state that you |
| 21 | | understand it. |
| 22 | RB: | I understand it. |
| 23 | JD: | This is just to make sure, just so you have |
| 24 | | something visual to look at. Ok, we're clear you |
| 25 | | |

| | | |
|---|---|---|
| 1 | | understand and you want talk to us and you want |
| 2 | | us to explain what's going on. |
| 3 | RB: | Yes. I want you to explain to me what's going on. |
| 4 | JD: | Alright so, we've been investigating you and |
| 5 | | other people for almost a year now. Um, let's |
| 6 | | start with uh financial transactions. Ok we've |
| 7 | | tracked a lot of financial transactions. Um , do |
| 8 | | you want show the sheet Ben? |
| 9 | BC: | Yep. |
| 10 | JD: | This is a sheet that Ben prepared about some wire |
| 11 | | transfers coming from. |
| 12 | RB: | Who who what's the name. |
| 13 | BC: | I'm Ben. |
| 14 | RB: | Oh ok. |
| 15 | JD: | Agent Castro. |
| 16 | BC: | I'm the special agent from IRS. |
| 17 | RB: | Can I have you're your business card also. |
| 18 | BC: | Yea. |
| 19 | RB: | If you will. And what about you, can I have yours |
| 20 | | too. |
| 21 | JD: | You're not going to be able to take anything with |
| 22 | | you so you're not going to be able to hold onto |
| 23 | | that. V/O. |
| 24 | BC: | You can refer to it. |
| 25 | JD: | But you're welcome to look at it and whatever. |

```
 1   RB:      Why I can't keep this. I need it to be able to
 2            get in touch with you.
 3   JD:      We'll figure that out I'm not sure what the
 4            policies are.
 5   RB:      Do I get a bail or something like that?
 6   JD:      Yea, yea we'll talk about all of that because
 7            you're going to have an appearance tomorrow,
 8            where you can, they'll figure out your bond.
 9   RB:      I'm so tired today you know because I came a long
10            way V/O.
11   JD:      So let's jump into this then because I understand
12            you're tired I know that's a long trip I've been
13            there myself it's exhausting.
14   BC:      I mean once we jump into it the less time it'll
15            take.
16   JD:      So, V/O there's there's specifically wire
17            transfers coming from accounts in New York City
18            to accounts that are in your name in Panama and
19            Thailand. So these are accounts. Do you want to
20            read off some of the company names?
21   BC:      Yea, so I'm going to read off some of the company
22            names. DT Holdings Management Corp. Do you
23            recognize that name?
24   RB:      DT Holding?
25   BC:      Yep.
```

17

```
 1  RB:      No.

 2  BC:      Do you recognize an ATC Holdings and Transfer

 3           Corp?

 4  RB:      Where, where is that coming from?

 5  BC:      Uh, these are United States accounts.

 6  JD:      Bank records where we've seen. V/O.

 7  BC:      The information we have is bank records. And

 8           these companies have come up in our

 9           investigation.

10  RB:      I don't have nothing to do with those people, uh

11           I mean maybe I did some consulting work, but

12           something like that and they may pay me that kind

13           of way but I, I never.

14  JD:      Ok, alright, let's start over. Forget about

15           anything you told me previously on those other

16           questions. Let's pretend that never happened, ok?

17  RB:      I, I don't know these people.

18  JD:      So let's start-- Forget about what you said

19           before. I'm going to pretend that never happened,

20           those questions never happened. Are you doing

21           some kind of business?

22  RB:      No.

23  JD:      You mentioned consulting.

24  RB:      No.

25  JD:      So, so what kind of consulting are you doing?
```

1    RB:     Like if I get a project, I be able to do and

2            advise on it, but that's it. That's it.

3    JD:     So what are these, read some of the other company

4            names.

5    BC:     Irvine Management Transfers.

6    RB:     Irvine. Oh my God.

7    BC:     When you talk about these people, do you-- Who

8            are we talking about?

9    JD:     These are accounts out of New York if that helps

10           jog your memory.

11   RB:     But it doesn't have nothing to do with me.

12   JD:     Well, they're sending money to your bank accounts

13           that's what it has to do with you. They're wire

14           transferring money. V/O.

15   RB:     Is that laundering? I didn't know, I--

16   JD:     Just receiving a wire transfer. V/O. No

17           laundering is when you're receiving money from

18           something that's criminal in nature.

19   RB:     But that's, uh-- Wasn't that was a long time ago?

20           I didn't know that.

21   JD:     What are the dates on some of these transactions?

22   BC:     The transactions start in August 2019.

23   RB:     I didn't know that. I didn't, like know.

24   JD:     You didn't know that you were receiving money

25           into your accounts?

| 1 | RB: | From these people that are doing bad things I |
| 2 | | didn't know what they were doing. |
| 3 | BC: | Well V/O. |
| 4 | JD: | Well what is this money for that is going into |
| 5 | | your accounts? |
| 6 | RB: | Well, uh I did some advising, advisement work |
| 7 | | with them before. |
| 8 | JD: | Why did you not say that before? |
| 9 | RB: | Because I did not know that the name was, I, I |
| 10 | | didn't pay attention to how they pay me. How they |
| 11 | | pay out the money to me. |
| 12 | JD: | What are they paying you for? |
| 13 | RB: | I don't-- For consulting work that I did for |
| 14 | | them. |
| 15 | JD: | Consulting is so, so vague, what are you talking |
| 16 | | about? |
| 17 | RB: | Some personal consulting work I did for them. |
| 18 | JD: | Who is them? Let's start with them. Who is them? |
| 19 | RB: | Yes, I, you know, I can't explain it to you right |
| 20 | | now. |
| 21 | JD: | Why? |
| 22 | RB: | Because I just can't explain it. |
| 23 | JD: | Just can't explain it. Alright, who is them, who |
| 24 | | were you doing work for? |
| 25 | | |

20

```
 1  RB:      Uh you know, they was in another country and they

 2           ask me to do them a favor, and I just did it.

 3  BC:      What country?

 4  RB:      I don't know, Philippines, I think it was.

 5  JD:      Alright, so I'm asking you to explain how much

 6           money is that roughly speaking V/O.

 7  BC:      So we're talking about almost half a million

 8           dollars. We're talking about $445,000 within the

 9           span of four months. And you did consulting for

10           four months to get that much money?

11  RB:      No. No No No. Which bank you talking about?

12  BC:      What bank accounts do you have?

13  RB:      Uh What bank accounts you have? You know what

14           V/O.

15  BC:      So you have an account in Panama with a U/I bank.

16  RB:      I don't have it. I don't have it.

17           I don't have an account with no Panama.

18  BC:      You also have an account with Citibank in

19           Thailand ending 4231.

20  RB:      I don't have account with Citibank anymore.

21  BC:      When did you have a Citibank account?

22  RB:      I don't have account with Citibank.

23  BC:      You said anymore. So you had it before. V/O.

24  RB:      If, if you check out the records, then you should

25           know that I don't have a bank with Citibank.
```

| | | |
|---|---|---|
| 1 | JD: | V/O Well, during the time period where you |
| 2 | | received this money there was an account in your |
| 3 | | name at Citibank in Thailand where you lived. |
| 4 | RB: | Is that going to incriminate me if I answer that? |
| 5 | JD: | Will what incriminate you? That you had a bank |
| 6 | | account? |
| 7 | RB: | Yea? |
| 8 | JD: | I, I'm not. |
| 9 | BC: | We're just asking questions if you have a |
| 10 | | Citibank account? |
| 11 | JD: | I don't know. I have no idea, you're trying to-- |
| 12 | | I'm asking you to explain, where this money was |
| 13 | | from. Alright, let's, let's go a different route |
| 14 | | because you obviously are uncomfortable talking |
| 15 | | about that. Who, tell me at least who, who are |
| 16 | | these people that hired you and what did they |
| 17 | | want from you? |
| 18 | RB: | I, I don't know how to explain it to. I may be |
| 19 | | using use the wrong terms if I try to explain it |
| 20 | | to you. |
| 21 | BC: | Just explain it the way you that you understand |
| 22 | | it. |
| 23 | RB: | I need to talk to a lawyer and explain it to |
| 24 | | them, let them explain it to you. |
| 25 | JD: | Alright, let me play something for you then. |

 1    [Recording of RB voice]: "Nothing came in from Irvine,

 2    Irvine Management Transfer and Holding, nothing came into

 3    Citibank I already check that they that they have no funds

 4    coming in from Irvine. The money was not sent, Don. The

 5    money was not sent. And you need to understand that.

 6    JD:      Who is that?

 7    RB:      That's the guy from the Phillipines.

 8    JD:      From the Phillipines?

 9    RB:      Yea.

10    JD:      What's his name?

11    RB:      Don.

12    JD:      And what are you talking to him about?

13    RB:      I I was telling him that he said he was going to

14             send me from money from Irvine and I didn't get

15             it.

16    JD:      What is he sending you money for?

17    RB:      I don't know. Some work that I did for him.

18    JD:      Which is what?

19    RB:      I can't explain it right now. I may be

20             incriminating myself and I don't know. V/O.

21    JD:      I know what it is. I mean I'm pretty sure you

22             probably figured out by now that we know a lot

23             more. I, Do you want to hear some more stuff?

24    RB:      Yes, I don't want to be incriminating myself.

25

                                                              23

```
 1  [Recording of RB voice]: From your people in New York.

 2  We're not talking about the time is 10 o'clock here,

 3  business is business. You understand? Business is business.

 4  I treat you with respect, and I, you treat me with respect.

 5  We're doing a business together. Please understand that.

 6  The money was not sent, nothing came to my bank in in

 7  Citibank, so straighten out with the people in New York.

 8  RB:           V/O That's a long time ago.

 9                Ok, this is what I'm telling you about, that I

10                did not really have anything to do with it.

11                Basically, this guy is the guy that's running the

12                operation and I was just there as a as a as a as

13                a token.

14  JD:     What, running what operation?

15  RB:     I don't know what he was running but he was

16          paying out some money and he asked me if I can

17          put some money in my bank. And I just said ok go

18          ahead and do it.

19  JD:     Well did he pay you to do that?

20  RB:     Yes, he paid me. V/O.

21  JD:     What did he pay you?

22  RB:     He pay me some money, but I don't know how much

23          he pay U/I constantly but he supposed to pay me.

24          He stiff me on it.

25  JD:     Ok, so somebody.
```

```
 1   RB:        He stiff me on it.

 2   JD:        Somebody named Don.

 3   RB:        Yea.

 4   JD:        Who lives where?

 5   RB:        In Philippines.

 6   JD:        The Philippines, paid you to accept money into

 7              your bank account? How did he know, what did he

 8              you to do with that money after you got it into

 9              your bank account.

10   RB:        Well he just want me to hold it for him.

11   JD:        Hold it for him till when?

12   RB:        Until he ask for it.

13   JD:        Did that happen?

14   RB:        No.

15   JD:        So what happened to the money?

16   RB:        I don't know, that's what I was discussing with

17              him.

18   JD:        So was some of that money the money that was

19              transferred into your accounts from these

20              companies that Agent Castro was reading off like

21              DT Holding Management Corp. You mentioned in this

22              call Irvine Management, that was a name that you

23              mentioned in this call.

24   RB:        That's where he was sending the money

25
```

| | | |
|---|---|---|
| 1 | | from. But he never pay me, he never, nothing ever |
| 2 | | came in. |
| 3 | JD: | That's not true. V/O. We tracked the bank |
| 4 | | records, we've seen wire transfers going into |
| 5 | | your accounts. So we know that that happened. |
| 6 | | What did, what happened with the money after it |
| 7 | | got into your accounts? Did he want the money |
| 8 | | back, or? |
| 9 | RB: | Look, I can't explain it to you right now. |
| 10 | JD: | Ok. |
| 11 | RB: | I cannot. |
| 12 | JD: | Let me, let's go over some of the other names. |
| 13 | | U/I see if you recognize these names. |
| 14 | BC: | So, around the time that you received money, um |
| 15 | | for you, we're gonna talk about the victims or |
| 16 | | people. Money came into DT Holdings, ATC |
| 17 | | Holdings, have you ever heard of a BA Management |
| 18 | | Holdings? |
| 19 | RB: | BA, no. |
| 20 | BC: | Alright, so I'm going read out some names. Tell |
| 21 | | me if you recognize them. Franco Cesta. C-E-S-T- |
| 22 | | A. |
| 23 | RB: | No. |
| 24 | BC: | Marcela McKenna. |
| 25 | RB: | No. |

26

```
 1  BC:       Try the rest of them. Gregory Christian Smith.
 2  RB:       No. I don't know who these people, who is these
 3            people?
 4  BC:       Well, these are people that sent money to the
 5            same accounts that you were receiving V/O money
 6            around the same time.
 7  RB:       Not too me.
 8  JD:       Do you ever, does your job ever entail calling
 9            People?
10  RB:       No.
11  JD:       In other countries?
12  RB:       No.
13  JD:       Ok.
14  [Recording of RB voice]: Don. This is T, I I just wanna ask
15  you a question because I have a guy in Canada for 62,000.
16  RB:       Don.
17  BC:       Do you know anyone named Edgard Steincrood?
18  RB:       No.
19  [Recording of RB voice]: Because I have a guy in Canada for
20  62,000. I like to know if I can pull the trigger on it.
21  It's very important that I have a talk with you.
22  RB:       Oh ok. So that guy Don, he said to you that--
23            Don has a problem with you, also?
24  JD:       Problem with me?
25  RB:       Yea, from Phillipines.
```

```
 1   JD:        I don't understand the question.

 2   RB:        He gave you those, when you tape my conversation.

 3              He gave that to you.

 4   JD:        Oh, you're asking how we got these conversations?

 5   RB:        Yea.

 6   JD:        I'm not telling you how we got those

 7              conversations.

 8   RB:        So he got those conversation and gave it to you?

 9              Am I correct?

10   JD:        Uh, I did not say that. No. I'm telling you I'm

11              not telling you how I got these conversations.

12              I'm telling you that I know that you're calling

13              people in other countries.

14   RB:        Oh.

15   JD:        Right? Can we start there at least. I'll

16              play you something V/O.

17   RB:        Can I get a glass of water?

18   JD:        Um, do we have any water? Yea.

19   RB:        Uhh, I'm so tired.

20   JD:        If you want hear this this isn't you this is

21              Don.

22   [Recording of Don voice]: Um, well I'm happy to hear your

23   business is picking up. Um, as far as like I said T, you

24   think you know like, and I bend over backwards for you, I

25   have, and you know it. I'm sitting here trying to sort out
```

28

1  this $97,000 maybe you think I just sit around and I don't

2  do anything with my thumb up my ass. I mean I'm sitting

3  here trying to sort that out as well. Now, I gave a strict

4  thing period, um now you talking all nice and calm and

5  mellow, but what happened to the T before that's yelling at

6  me and just overtalks me? You know, enough is enough. You

7  think it's just a love hate relationship, no.

8  JD:      If you want to take your mask off I don't mind.

9  It doesn't bother me if you want to keep your mask off.

10 [Recording of Don voice]: You don't understand and on top

11 of that 80 points and you don't write nowhere near.

12 JD:      So, this is important what he just says here.

13 [Recording of Don voice]: You don't understand and on top

14 of that 80 points you don't write nowhere near anyone of

15 the other offices.

16 JD:      80 points, what does he mean by that?

17 RB:      I don't know, I don't know what he is talking

18          about.

19 JD:      I know what he's talking about V/O, I just want

20          to see if you're going to be honest with us.

21 Rb:      I'm trying to be honest, I'm telling you the

22          Truth, I don't know.

23 JD:      80 points is 80 percent. That is the fee that he

24          is charging you.

25 RB:      I'm not talking to any of these clients that you

```
 1              are talking about. I don't know them.

 2  [Recording of Don voice]: They, they pay more and James

 3  damn well knows that as well.

 4  JD:      James? Do you want to talk about James?

 5  RB:      That's his friend.

 6  JD:      He's your friend too. He's more than your friend

 7           he's your coworker.

 8  RB:      He is?

 9  JD:      James is.

10  RB:      He's not U/I as as I said I'm I'm not working.

11  [Recording of Don voice]: So, what, what do you want from

12  me. I said after Mckenna that's it.

13  JD:      Ok, he says here.

14  [Recording of Don voice]: Want from me. I said after

15  Mckenna that's it.

16  JD:      After Mckenna that's it.

17  RB:      I don't know who's that.

18  BC:      I just named off a Marcella Mckenna.

19  JD:      Mckenna is a person who was defrauded of money

20           and they wire transferred their money into one of

21           these bank accounts that sent you money.

22  RB:      That's him, that's, that's Don. That's Don I

23           didn't make U/I personally I just I just know of

24           him.

25  JD:      Know of who?
```

1   RB:        That's Don.

2   JD:        So, let me let me level with you ok.

3   RB:        Go ahead.

4   JD:        We know everything. I know what you do for

5              business. I can explain it to you if you want.

6              Would you like to hear it from me?

7   RB:        Yes, go ahead.

8   JD:        Ok. We know that you pose as an investment broker

9              and call people and sell them investments that do

10             not exist. Call people all around the world, and

11             you use people like Don as a banker to receive

12             the money from the victims that you're calling

13             and defrauding, and then people like Don charge

14             you a percentage fee to receive the money and

15             send the money back to you. So, I am barely

16             showing you even a sliver of the amount of

17             evidence that we have. We have people's phones

18             that have text messages between you and them

19             discussing these people that you are calling on

20             the phone. About selling them investments and

21             their money being wired to these accounts and

22             then the money being wired to you. So, you're

23             looking at very serious charges that can hold a

24             very long prison term. You can stay there in the

25             position you're in right now, which is you can

31

1                    deny it and lie to yourself and lie to us. But we

2                    already know the truth. You have a chance right

3                    now to help yourself out. By that, I mean you be

4                    honest with us, tell us some of the information

5                    we're asking about, some of the other people you

6                    were working with, how you got involved in this.

7                    Uh, and we can go back to the prosecutor and tell

8                    him that he's being honest with us and he is

9                    cooperating. The other side of this coin is we go

10                   back and tell him he's not lying, he's not

11                   cooperating, he doesn't want be on Team USA, he

12                   wants to be on his own team.

13   RB:    How can I-- How can I talk to you when I don't

14          know how to, how, if what I'm doing. I don't know

15          what I'm doing here V/O.

16   JD:    It's it's easy it's called.

17   RB:    As far as incriminating myself deeper into

18          situation maybe I need to talk to a lawyer and

19          sit down with somebody that knows what they can

20          U/I.

21   JD:    It's a matter of do you want to be honest with us

22          and the government? So the way that cooperation

23          works is it's not our decision, I can't sit here

24          and promise you anything. V/O. If you're honest

25          and cooperate with us.

```
 1  RB:      How can I get out of it?

 2  JD:      Get out of it?

 3  RB:      Yea.

 4  JD:      So you, you've been charged. The decisions that

 5           come forth are cooperation can lead to reduced,

 6           reduced charges, reduced sentencing that's all

 7           that's above my paygrade that's decided by

 8           prosecutors and judges.

 9  RB:      So, how can I-- Can I talk to somebody about

10           that.

11  JD:      You're talking to us right now. We are the ones

12           that are going to go after this interview I'm

13           going to call the federal prosecutor on the phone

14           and tell them, the first thing he's going to want

15           to know is how did it go, is he cooperating, is

16           he being honest or is he--V/O.

17  RB:      Can I talk to a lawyer to be able to V/O U/I let

18           them hear the question.

19  JD:      You can always talk to a lawyer V/O part of what

20           you said you understood is that you know you can

21           stop talking to us anytime you want and go talk

22           to a lawyer. You don't have to listen to us you

23           don't have to listen to me explain the stuff or

24           anything like that.

25  RB:      Ok.
```

33

```
 1  JD:      But umm. Put your phone down please.

 2  BC:      Put your phone down.

 3  JD:      Put your phone down right now. No, we can that

 4           will happen later you'll get a phone call later

 5           but not right now.

 6  RB:      But I have to get a number from here.

 7  JD:      We'll get that for you.

 8  BC:      We'll get that for you.

 9  JD:      I can what's your, I'll look it up for you right

10           now and I'll write it down on a piece of paper.

11  BC:      It'll only benefit you to talk to us now.

12  JD:      V/O How do you how do you open, how do you unlock

13           your phone? How do you?

14  RB:      Can I just make a phone call and see what's going

15           on?

16  BC:      It's upside down.

17  JD:      Ahh got it, thanks. Alright you want to see if

18           you can find it, I'm obviously not good with it.

19  BC:      Who are you trying to find?

20  JD:      Like there's-- So there's text messages with your

21           assistant. I don't know her name, the female that

22           works with you. There's text messages between her

23           and who you call Don, and there are discussions

24           about people that you're calling on the phone

25           these people that are victims. This is the kind
```

1             of evidence that we have. Mr. Franco Cesta, that

2             your assistant is sending photographs of the wire

3             transfer receipt from the victim to Don to let

4             him know that he sent the money so that he can be

5             on the lookout for it.

6  BC:     And he matched them to the bank records. We have

7             messages that support the money that was sent to

8             you and that you're asking for.

9  JD:     These are examples, these are downloaded from

10            phones these are messages between, in this case

11            it's your assistant here these are messages

12            between her and Don and these are the kind of

13            things that you know she's sending photographs of

14            the people that you are talking to on the phone

15            that you guys are defrauding and sending the

16            money to Don's accounts to be laundered and then

17            sent back to you. So, the reason you're charged

18            with wire fraud is that's for your role in

19            calling the people and defrauding them. The money

20            laundering is for receiving the money from Don's

21            accounts. And obviously the security fraud is

22            obvious.

23  RB:     And what would you want me to do now, to help you

24            out what do you want from me?

25

```
 1   JD:     Let's start with like who-- Who else were you
 2           working with when you were doing this? We know
 3           about James V/O.
 4   RB:     This the guy U/I I'm not I'm not I'm not nothing.
 5           I'm nothing. Don is the guy is the right guy you
 6           need to talk to.
 7   JD:     We know, we know all about Don.
 8   RB:     Ok.
 9   BC:     Let's talk about other people.
10   JD:     Who else were you working with? Let's talk about
11           James. Is his last name-- Is it James White? Is
12           that his name?
13   RB:     Um
14   JD:     Is, is there a bigger fish than you that you have
15           information that's useful.
16   RB:     Uh, Uh, the only person that I can turn to is Don
17           and um.
18   JD:     How did you even get-- How did you end up working
19           with Don? How did that happen?
20   RB:     Ok, how did the happen. Uh with James recommend
21           me.
22   JD:     Ok, and how, what does James know him from?
23   RB:     Ok, I don't know where James know him from. But
24           I, I didn't know him.
25   JD:     Who, who are you using besides Don as a banker?
```

```
 1   RB:      Ok. Nobody else.

 2   JD:      Just Don?

 3   RB:      Yes, Don.

 4   JD:      I don't know if I believe that. I think there's

 5            more bankers than Don.

 6   RB:      Like, who do you have?

 7   JD:      I'm asking you. I've shared a lot with you. You

 8            haven't shared that much with me.

 9   RB:      Well, the guy you want to talk to is Don.

10   JD:      I already knew that I already played his voice

11            for you. Obviously, we already knew that.

12   RB:      Yea, that's the one you want to talk to, he's the

13            player.

14   JD:      Tell me about some other people. Maybe someone we

15            don't know about. Make yourself useful, that's

16            what this is about. If you make yourself useful

17            to the government, that's how you can get credit

18            for cooperation V/O.

19   RB:      I I I you know really, I can't tell you who who

20            who who else is there.

21   JD:      How did you even get-- How did you even get mixed

22            up in this whole business.

23   RB:      I don't know. I don't know.

24   JD:      Did it start, like where did you live before

25            Thailand?
```

```
 1   RB:        Here.

 2   JD:        No, you lived somewhere else too. Think about

 3              where else you lived. This is an easy question.

 4              This isn't a trick question.

 5   RB:        Ohhh, you're saying that, uh in in the um. You

 6              know let me speak to a lawyer let me talk to him

 7              and hear what he has to say, and then we sit down

 8              together because I don't know what am I doing

 9              right now I don't know if I'm going the right way

10              and what am I U/I what I'm looking at.

11   JD:        I can answer all those questions for you.

12   RB:        What am I looking at?

13   JD:        You're looking at time in federal prison. You're

14              looking at I can't tell you exactly what you

15              score out to but you're being charged with a

16              conspiracy that's multi million dollars V/O.

17   RB:        I I I'm telling you is not-- I'm not, I'm not--

18              I'm nobody.

19   JD:        Then then I'm telling you make yourself useful to

20              the government V/O and be honest and cooperate.

21   RB:        I don't know what I'm saying, to be honest. U/I I

22              don't know because first of all, I only know that

23              he's in Philippines, and that's all I can say and

24              I don't and I don't even have his number anymore.

25
```

```
 1  JD:     He's not even in the Philippines. He's not in the
 2          Philippines; he's in Thailand.
 3  RB:     Who, Don?
 4  JD:     Yea. And where you lived before was in Panama,
 5          right?
 6  RB:     Yes.
 7  JD:     So why couldn't you even tell me that?
 8  RB:     I was in Panama for about 3 or 4 months.
 9  JD:     Were you-- You were you doing the same thing in
10          Panama, right?
11  RB:     Yes.
12  JD:     So was it with the same people or V/O.
13  RB:     It's the same people. I need to speak to a lawyer
14          to see where I'm at. You know, I mean, what am I
15          getting out of this?
16  JD:     Ok.
17  RB:     What am I-- You know what I mean? How can I get
18          out of this?
19  JD:     So you-- If you want to make that decision to end
20          this interview and speak to a lawyer you have
21          that right. Um, just so you know we're done,
22          we're done talking. I'm not answering anymore
23          questions. We're done talking and the next step
24          is we're taking you to detention tonight. Is that
25          what you want to do?
```

```
1   RB:      What what what is it if I can go home and just

2            V/O.

3   JD:      There is no option to go home you're under

4            arrest. That-- You're going to detention either

5            way. It's whether you want to continue talking to

6            us about this investigation or do you want to

7            stop talking and have a lawyer? V/O.

8   RB:      U/I'm a little bit tired right now. And I'm just

9            winded from flying for so long. I just need to

10           get some rest. I'm very very tired.

11  JD:      Ok, just so you understand, it could be a long

12           time before we talk again because you're going to

13           go through the legal system. Right now I'm going

14           back to the prosecutor and telling them that

15           you've completely lied to us about everything,

16           you're not cooperating at all.

17  RB:      Sir, is there any way we can talk tomorrow when I

18           get a little rest?

19  JD:      No.

20  RB:      I am really tired, I swear to God.

21  JD:      This is your life man. I'm going home tonight and

22           I'm gonna go-- V/O.

23  RB:      Can you make a--

24

25
```

| | | |
|---|---|---|
| 1 | JD: | I can't talk to you. Like, after you go there |
| 2 | | you're going to be in the legal system and things |
| 3 | | are different. |
| 4 | RB: | And then what? And then what happen? |
| 5 | JD: | Then you're going to see the Judge tomorrow, |
| 6 | | they're going to appoint a lawyer to you if you |
| 7 | | don't have one. V/O Then's going to be, it could |
| 8 | | be weeks before we see or talk to each other |
| 9 | | again or whatever. |
| 10 | RB: | So would I have a bail out or something like |
| 11 | | that? |
| 12 | JD: | That's up to the Judge tomorrow V/O. |
| 13 | RB: | Because I'm not running away from nothing. I just |
| 14 | | need to, I just need to-- |
| 15 | JD: | Where are you even staying at here? |
| 16 | RB: | Uh Uh Uh |
| 17 | JD: | I don't believe. Don't ask me to trust anything |
| 18 | | you said. Let's start over. Where do you actually |
| 19 | | have-- Do you own a house here? |
| 20 | RB: | No. |
| 21 | JD: | Ok, do you. |
| 22 | BC: | Do you have any family here? |
| 23 | RB: | Yes. |
| 24 | BC: | U/I. |
| 25 | RB: | Yes. |

41

```
1   JD:     Who is your family?

2   RB:     My sister.

3   JD:     What's your sister's name?

4   RB:     Pauline, can she come, can I talk to her?

5   JD:     Pauline. When, when you get to the detention

6           center they'll let you make a phone call.

7   RB:     But I don't have her number.

8   JD:     I'll write it down for you.

9   RB:     Ok.

10  JD:     We'll write down your lawyer, if you have a

11          lawyer's number in there we'll write that down

12          for you and if there's another number you need

13          from there we'll write that down for you.

14  RB:     Who's U/I would I be able to get bail and get out

15          by tomorrow?

16  BC:     We don't decide V/O.

17  JD:     That's going to be discussed with the Judge

18          tomorrow. That has nothing to do with us.

19  RB:     And you're going to have to set an appointment

20          for me to go to court right, is that what you're

21          saying?

22  JD:     Yea. Or or it's possible you could get detained

23          tomorrow which means you'd be--

24  RB:     Huh.

25
```

```
 1   JD:     It's possible you could get detained tomorrow
 2           which means you'll be sitting in prison awaiting
 3           your trial. Look man, you've done a lot of,
 4           you've made a lot of bad decisions and they're
 5           coming back to you right now. Now is your time
 6           when you have to deal with what you've done. So,
 7           so you can be honest and own up to what you've
 8           done and try to make things right and cooperate
 9           with us or you can--
10   RB:     But I'm very tired right now. V/O.
11   JD:     That's fine man. Like I said this is your life
12           this isn't my life. It's your choice V/O.
13   RB:     U/I Even if I talk to you, I mean I don't know
14           what I'm doing, if I'm the right thing right now.
15           Let me talk to somebody that can talk on my
16           behalf because I don't know if I'm saying the
17           right thing right now.
18   JD:     Ok. That's fine. V/O.
19   RB:     Would you agree?
20   JD:     I, would I, I don't give legal advice so I'm not
21           going to answer that question. My, you know, my
22           own morals in life is to be honest and to tell
23           the truth, not to--
24   BC:     You already got a significant amount of money in
25           these journals.
```

43

```
1   JD:     Alright, let's um. So just so we're clear here
2           because I want to make sure we're not infringing
3           on anybody's rights here or anything. Do you want
4           to stop the interview and speak to a lawyer, or
5           do you want to continue talking to us.
6   RB:     I, I love to sit down and talk to you but I'm so
7           tired right now I swear to god I didn't get to
8           sleep last night. I slept V/O.
9   JD:     Ok, we've got to be, we got to be very clear on
10          this 'cause this is an important question. Give
11          me a yes or no. Do you want to continue talking
12          to us? V/O.
13  RB:     I can talk to you again when I get a little rest
14          because I haven't slept from yesterday. Because
15          such a long flight, about 24 hours. And it's like
16          my eyeball is coming out like this. I just need
17          to get my head back together here.
18  JD:     Ok.
19  RB:     Please.
20  JD:     Alright, I told you, there's not going to be
21          another chance for an informal conversation like
22          this.
23  RB:     Can we just U/I until tomorrow. Please.
24
25
```

```
 1   JD:      No, once you're in the legal system tomorrow it's
 2            going to be different, you're going to be
 3            appointed a lawyer.
 4   RB:      I am very tired. Do you understand what I'm
 5            telling you. V/O.
 6   JD:      There's going to be a prosecutor involved.
 7            There's not going to be a chance for us to sit
 8            like this and talk informally. I'm offering show
 9            you stuff on our case and share stuff with you. I
10            know you're tired but sometimes you've got to
11            suck it up, man. V/O.
12   RB:      What do I have to do to get out of this right now
13            from talking to you?
14   JD:      So, you keep using that word "get out." Like,
15            there's no get out. It's a matter of are you
16            cooperating with the government and being honest
17            or not. V/O.
18   RB:      I'm going to cooperate but let me have a lawyer
19            with me because I don't know what I'm saying, I
20            don't know, if it's the-- V/O.
21   JD:      Like I've told you, you've got that right. That's
22            why I'm asking you. If you don't want to talk to
23            us anymore without a lawyer then you need to
24            answer clearly. If you do want to talk to us some
25
```

| | | |
|---|---|---|
| 1 | | more, that's fine I'm willing to sit here and |
| 2 | | talk to you more. |
| 3 | RB: | I know that. But I'm tired and I'm not sure if |
| 4 | | I'm doing the right way or the right thing right |
| 5 | | now. |
| 6 | JD: | Ok. Do you want to--. |
| 7 | RB: | Please. |
| 8 | JD: | Do you want to hear some more stuff, do you want |
| 9 | | me to show you some more stuff? |
| 10 | RB: | I'm tired right now. Can I just take a break? |
| 11 | JD: | Yea. |
| 12 | RB: | My mouth is dry, I'm so hungry, you know please. |
| 13 | JD: | Like a 5 minute break or something? |
| 14 | RB: | I need a break I need to relax. |
| 15 | JD: | Do you want to go sit on the couch for a minute? |
| 16 | BC: | Do you need more water? |
| 17 | RB: | Oh yea. My mouth is dry. Oh shit. |
| 18 | BC: | U/I take a break. |
| 19 | JD: | Let's take a break I'm going to look through this |
| 20 | | stuff if you don't mind. |
| 21 | RB: | Can I just make a call right now and talk to my |
| 22 | | sister, for a minute, please? |
| 23 | JD: | They don't, they don't let us do that here. |
| 24 | | They're strict about it. |
| 25 | | |

```
 1  RB:      You know what, because I don't know what I'm
 2           doing right now V/O.
 3  JD:      I will let you talk to her when we're done. V/O
 4           Who-- Were you supposed to meet somebody
 5           somewhere, or what was your plans?
 6  RB:      Yea.
 7  JD:      Who were you supposed to meet with, your sister?
 8  RB:      Yes. She's supposed to pick me up at the airport,
 9           and I want to just call her and tell her I'm
10           being detained.
11  JD:      Ok, what's your sister's number.
12  RB:      Pauline. Let me just call her for a quick minute,
13           please.
14  JD:      I can't let you have your phone back but I'm
15           going to put it on speaker for you.
16  RB:      Yea yea you can put it on speaker.
17  RB:      You saw it?
18  JD:      Hold on, Paul Leads.
19  RB:      Pauline, yea.
20  JD:      No, I see a Paul Leads V/O. You're not allowed to
21           hold this phone, sit down.
22  RB:      Please, please, please, let me just show you. And
23           put it on speaker now. Thank you.
24  JD:      Make it somewhat quick ok.
25  RB:      Yea.
```

```
 1                      [Phone Ringing]
 2   JD:    If she doesn't pick up leave a message and let
 3          her know you'll call her later.
 4   RB:    Yea, Pauline.
 5   P:     Hi.
 6   RB:    Pauline, I, I've been detained by the Customs at
 7          Kennedy Airport. Uh so that that so I'm in a
 8          little bit of a problem right now with the uh the
 9          Custom. The Custom people at the Kennedy Airport.
10          I'm I'm I'm being detained. I'm in custody at
11          Kennedy airport right now.
12   P:     For what?
13   RB:    Ok, they saying that I'm doing money laundering.
14          U/I what they're saying. So they're going to
15          detain me.
16   P:     So, what should I do?
17   RB:    Ok, talk to talk to.
18   JD:    Hey, how you doing ma'am? I'm a federal agent.
19          Is, is Mr. Booth related to you?
20   P:     Yes.
21   JD:    How is he related to you?
22   P:     He's my brother, what's the problem?
23   JD:    Ok, he, he's been uh charged with a federal
24          crime, there's a federal investigation and he's
25          being arrested based on a federal arrest warrant.
```

| | | |
|---|---|---|
| 1 | | So he's going to be brought to a federal |
| 2 | | detention center, uh, in the next couple hours |
| 3 | | from there he'll be able to make a phone call and |
| 4 | | give you some more information. |
| 5 | P: | U/I. |
| 6 | RB: | U/I Do I need a lawyer? |
| 7 | P: | What's the problem? |
| 8 | JD: | Tell here you go U/I. |
| 9 | RB: | Pauline, they won't let me have the phone so, |
| 10 | | uh-- How can she see me? |
| 11 | JD: | Tonight, you'll be able to call her when you get |
| 12 | | to wherever you're going. Tell her you'll call |
| 13 | | her in a couple hours. |
| 14 | RB: | U/I you're going to have to get me a lawyer for |
| 15 | | bail or something. U/I Am I I correct? |
| 16 | JD: | Uh, so tomorrow you have your first appearance. |
| 17 | | Um, if you don't have a lawyer they will give you |
| 18 | | a lawyer. |
| 19 | RB: | Where where? |
| 20 | JD: | Southern District of New York. |
| 21 | BC: | Southern District of New York. |
| 22 | JD: | Southern District of New York, federal |
| 23 | | courthouse. V/O. |
| 24 | RB: | Ok, so I'm gonna be in New York City? |
| 25 | JD: | Yea. |

```
 1  RB:      Ok, New York City.

 2  JD:      New York City federal courthouse tomorrow.

 3  RB:      Ok.

 4  BC:      500 Pearl.

 5  RB:      500 Pearl Street. 500 Pearl Street.

 6  P:       Where, 500 what?

 7  RB:      No, uh I going to be, they going to take me to

 8           500 Pearl street in Manhattan tomorrow.

 9  P:       Ok.

10  RB:      Today, so you can get the lawyer to come down

11           there U/I. Uh and then grant bail or something

12           like that. Is that ok.

13  JD:      You'll be seen. You'll be brought forth in front

14           of a judge who will explain your charges and

15           decide if you get bond or not. V/O

16  RB:      The judge the judge will, the lawyer can talk to

17           the judge?

18  JD:      Yes.

19  RB:      Ok, so the judge need to be at tomorrow at Pearl

20           Street also?

21  JD:      If you of you have a lawyer, who I would

22           recommend be a criminal defense lawyer, then you

23           can have them appear on your behalf tomorrow, if

24           you don't have one, they'll have one appointed

25           for you.
```

```
 1   RB:      Pauline.

 2   JD:      Please don't touch the phone.

 3   RB:      Pauline, you understood what he meant? You

 4            understand? You, you bring the lawyer to Pearl

 5            Street.

 6   BC:      500 Pearl.

 7   RB:      500 P--.

 8   P:       U/I what time?

 9   BC:      500.

10   P:       500 Pearl street.

11   JD:      Tell, tell the lawyer that your brother has been

12            arrested on a federal charge and he's appearing

13            in court tomorrow at the federal courthouse in

14            New York City.

15   P:       At what time?

16   JD:      They don't know yet, it will be in the afternoon.

17            They don't have a time yet. But your brother will

18            be able to call you later this evening when he

19            gets where he's going, and he'll be able to talk

20            to you again. Alright, we have to go now we have

21            to go now but just listen for his call, it'll

22            probably be it won't be from his cellphone it's

23            going to be from a different number.

24   P:       Alright.

25   JD:      Alright bye.
```

```
 1   RB:      When I get there would I get my phone back?

 2   JD:      No.

 3   RB:      So, I would never get my phone back again, that's

 4            what you're saying?

 5   JD:      We're seizing your phone as part of evidence. Um,

 6            what are these numbers from Citibank? Is this

 7            recent?

 8   RB:      No.

 9   JD:      What's this from?

10   RB:      That's nothing.

11   JD:      It says August 19th, 2021.

12   RB:      Nothing.

13   BC:      Do you have a Citibank account?

14   RB:      No, ok.

15   JD:      Take a seat.

16   BC:      You have an application for fund transfer with

17            your name on it.

18   JD:      Take a seat.

19   RB:      Just take me down and to get a lawyer then uh we

20            go from there.

21   JD:      Alright. Alright we're ending this interview.

22   RB:      I'm going to be, I'm too tired. I'm too beat

23            right now. I need I need some rest to get my head

24            back together, if you will.

25
```

```
 1   JD:      That's fine. It's your choice. Just like I asked
 2            we want to be clear about this. You are choosing
 3            to end our interview: yes or no?
 4   RB:      Can we do this another time?
 5   JD:      I already answered that. This is our chance to
 6            sit and talk like we are talking. Tomorrow
 7            you're-- V/O.
 8   RB:      I cannot talk anymore. I'm beat. I am pooped. I
 9            am really beat.
10   BC:      You can take your time. We're not in a rush.
11   RB:      I want, can you let me get some rest first
12            please.
13   JD:      Well get some rest where? This is what we've got.
14            We've got this room for a little bit; we don't we
15            don't have this room all night.
16   RB:      It's not fair to you. It's not fair to me.
17   JD:      I'm fine, I don't mind sitting here and talking
18            to you.
19   RB:      This is your job, this is what you do but I mean
20            to me it's it's like torture, if you will.
21   JD:      Ok, if you don't want to hear anything else we're
22            done.
23   RB:      Ok.
24   JD:      Ok, what? You ready to be honest?
25   BC:      U/I.
```

```
 1  RB:      We talk again. Shall we talk again please.

 2           Because I'm, I'm a little bit winded right now,

 3           please.

 4  JD:      Look man, I can see you're close. I know that you

 5           want to be honest. V/O

 6  RB:      I'm a little bit U/I—

 7  JD:      Let it out man just be honest. V/O Look we

 8           already know everything, dude. What more do you

 9           want me to show you, I laid out V/O. I know

10           exactly what you're doing.

11  RB:      I'm not.

12  JD:      Dude, these people, I've talked to these people

13           man.

14  RB:      Look, look.

15  JD:      They've been defrauded of their life savings.

16           I've talked to those people. It's from your

17           business, man we know all of that.

18  RB:      I don't have no business. I told you that. I

19           don't want to talk anymore right now, I'm winded.

20           I'm tired.

21  JD:      Let's end it there with your no business and

22           that's the story you're sticking to.

23  RB:      Thank you.

24                       [End Interview]

25
```