UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ROBERT LENARD BOOTH,<br><br>Defendant. | POST-CONVICTION<br>RESTRAINING ORDER<br><br>S1 21 Cr. 652 (JSR) |

Upon the indictment, S1 21 Cr. 652 (JSR), and the conviction of defendant ROBERT LENARD BOOTH, and the application of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Andrew Jones, Assistant United States Attorney, of counsel, pursuant to the All Writs Act, 28 U.S.C. § 1651(a);

**IT IS HEREBY ORDERED** that ROBERT LENARD BOOTH, the defendant, and all attorneys, agents, and employees, and anyone acting on his behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order; and

**IT IS FURTHER ORDERED** that ROBERT LENARD BOOTH, the defendant, and all attorneys, agents, and employees, and anyone acting on his behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture. The property and other interests hereby restrained include, but are not limited to, the following:

  a. The full balance, up to and including the amount of $67,338.66 in United States currency, on deposit in account number 601-900-780-1, held in the name of Robert Lenard Booth, maintained at United Overseas Bank in Thailand.

  b. The full balance, up to and including the amount of 120,752.93 in Thai Baht (THB), on deposit in account number 873-109-243-5, held in the name of Robert Lenard Booth, maintained at United Overseas Bank in Thailand.

  c. The full balance, up to and including the amount of 11,435,101.16 THB, on deposit in account number 601-117-538-1, held in the name of Robert Lenard Booth, maintained at United Overseas Bank in Thailand.

**IT IS FURTHER ORDERED** that the defendant shall not use or permit the above listed accounts to be used for any illegal activity, or in any manner that would diminish the value of the accounts; neither shall he cause any alteration to the accounts without prior written consent of the United States Attorney's Office;

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, the attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order;

**IT IS FURTHER ORDERED** that service of a copy of this Restraining Order shall be made on the defendant's attorneys by electronic mail after the Order is filed.

Dated: New York, New York
   August 11, 2022

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

2