UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>-v-<br><br>ROBERT LENARD BOOTH,<br><br>Defendant. | 21-cr-652-1 (JSR) |
| ROBERT LENARD BOOTH,<br><br>Petitioner<br><br>-v-<br><br>UNITED STATES,<br><br>Defendant. | 24-cv-5552 (JSR) (VF)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Government having informed the Court that Mr. Booth passed away on September 10, 2024, petitioner's motions are hereby denied as moot. The Clerk of Court is respectfully directed to close the motions at docket entries 181 and 183 in Mr. Booth's criminal case, 21-cr-652-1, and to close the related civil case, 24-cv-5552.

SO ORDERED.

New York, NY
August 14, 2026

JED S. RAKOFF, U.S.D.J.